UNITED STATES DISTRICT COURT
1ST CIRCUIT

COMMONWEALTH OF MASSACHUSETTS

v.

EDWIN RODRIGUEZ
(Criminal Case 95-0638-9)

<u>DEFENDANT'S AFFIDAVIT IN SUPPORT OF INDIGENCY</u>

I, Edwin Rodriguez, acting Pro se in the above-entitled action hereby state under the pains and penalties of perjury that the statements within this affidavit are true and accurate:

1) I have not omitted any assets that are available to me to pay filing fees or Court costs;

2) I have not transferred any assets to avoid payment of filing fees or Court costs;

3) I have not taken any action, nor has any action been taken on my behalf relative to any assets in order to avoid having to expend such assets for filing fees;

4) I no longer have any means of income in which to pay Court costs or filing fees pursuant to G.L. c. 261, §§27A-27G save for a stipend for prison labor;

5) A copy of my inmate accounts, personal and savings, are attached hereto in full and these copies are true and accurate to date.

I hereby affix my signature to this document under the pains and penalties of perjury this 20th day of April, 2004.

*Edwin Rodriguez Pro se*
Edwin Rodriguez, Pro se
c/o S.B.C.C. PO Box 8000
Shirley, MA 01464