PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

04 · 10861 GAO

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions — Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under the penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $ _____ , you must pay the filing fee as required by the rules of the district court.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

# United States District Court

District: Massachusetts

Name: Edwin Rodriguez
Prisoner No.: W63302
Case No.: ESCR1995-00638

Place of Confinement: Souza-Baranowski Correctional Center, PO Box 8000, Shirley, MA 01464

Name of Petitioner (include name under which convicted): Edwin Rodriguez

v.

Name of Respondent (authorized person having custody of petitioner): Commonwealth of Massachusetts

Criminal Action No. 95-0638-9

The Attorney General of the State of: **MASSACHUSETTS   THOMAS REILLY**

04-10861 GAO

Referred to MJ JG Dein

PETITION

1. Name and location of court which entered the judgment of conviction under attack  Essex County Superior Court

2. Date of judgment of conviction  September 22, 1997

3. Length of sentence  Life without parole

4. Nature of offense involved (all counts)  Murder in the First Degree

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

9. If you did appeal, answer the following:

    (a) Name of court __Massachusetts Appeals Court__

    (b) Result __Conviction affirmed__

    (c) Date of result and citation, if known ____

    (d) Grounds raised __(I)  Whether the judge committed reversible error in disallowing the defendant's peremptory challenge of the last juror seated on the panel. (II) see other side__

    (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

    (1) Name of court __Massachusetts Supreme Judicial Court__

    (2) Result __Petition for New trial DENIED__

    (3) Date of result and citation, if known __June 22, 2000__

    (4) Grounds raised ____

    (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

    (1) Name of court ____

    (2) Result ____

    (3) Date of result and citation, if known ____

    (4) Grounds raised ____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Essex County Superior Court__

    (2) Nature of proceeding __Motion For A New Trial__

    (3) Grounds raised __Challenge to jury venire (underrepresentation of Hispanics and African-Americans on the venire__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐     No ☒

    (5) Result __Motion DENIED__

    (6) Date of result __May 7, 2002__

(b) As to any second petition, application or motion give the same information:

    (1) Name of court _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐     No ☐

    (5) Result _____

    (6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.     Yes ☒     No ☐
    (2) Second petition, etc.     Yes ☐     No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.   Ground one: __Conviction obtained by action of the petit jury was unconstitutionally selected__

Supporting FACTS (state *briefly* without citing cases or law)   __Out of a Hispanic population of more than 48,000 (1990 census data) not a single Hispanic was on the jury venire; Furthermore, the 1997 census data held that Hispanics in the Essex County of Massachusetts was greater than 64,000. Nor were African-Americans fairly represented within the jury venire.__

B.   Ground two: __Denial of Effective Assistance of Counsel__

Supporting FACTS (state *briefly* without citing cases or law)   __Defendant can speak little or no English and appeared to be in the dark of nearly everything his Court appointed Counsel did or said. Moreover, defendant's Counsel made reversable errors regarding his defense of defendant.__

C.  Ground three: _____

   Supporting FACTS (state *briefly* without citing cases or law) _____

   _____

D.  Ground four: _____

   Supporting FACTS (state *briefly* without citing cases or law) _____

   _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
   Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

   (a) At preliminary hearing   <u>Lawrence McGuire, Committee For Public Counsel Services</u>
       <u>One Salem Green, Suite 408, Salem, MA  01970</u>

   (b) At arraignment and plea   <u>Same as above</u>

(c) At trial _____ Same as above _____

(d) At sentencing _____ Same as above _____

(e) On appeal _____ Eric Brandt, Committee for Public Counsel Services
44 Bromfield Street, Boston, MA 02108

(f) In any post-conviction proceeding _____ Same _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ Same _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐    No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐    No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Edwin Rodriguez_ pro se
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

4/20/04
(date)

_Edwin Rodriguez_
Signature of Petitioner

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20040420 13:48

|  |  |  |  | Page | 1 |
|---|---|---|---|---|---|
| Commit# : | W63302 | | SOUZA-BARANOWSKI CORRECTIONAL | | |
| Name : | RODRIGUEZ, EDWIN. , | | Statement From | 20020101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To | 20040420 | |
| Block : | L1 | | | | |
| Cell/Bed : | 52 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20020930 09:43 | SB - Starting Balance | 245387 | | SBCC | | $66.95 | $0.00 | $0.00 | $0.00 |
| 20020930 09:43 | SB - Starting Balance | 245388 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20021002 12:23 | ST - Superintendent Act Transfer | 269770 | | SBCC | ~W63302 RODRIGUEZ,EDWIN PERSONAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 20021004 00:06 | PY - Payroll | 271245 | | SBCC | ~20020915 To 20020921 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20021004 22:30 | CN - Canteen | 278382 | | SBCC | ~Canteen Date : 20021004 | $0.00 | $9.83 | $0.00 | $0.00 |
| 20021009 23:00 | PY - Payroll | 294593 | | SBCC | ~20020922 To 20020928 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20021014 09:46 | CN - Canteen | 305325 | | SBCC | ~Canteen Date : 20021014 | $0.00 | $7.33 | $0.00 | $0.00 |
| 20021017 11:16 | PY - Payroll | 319451 | | SBCC | ~20020929 To 20021005 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20021018 12:10 | IS - Interest | 331294 | | SBCC | ~INTEREST CONVERTED FROM VAX | $0.13 | $0.00 | $0.00 | $0.00 |
| 20021018 22:30 | CN - Canteen | 341286 | | SBCC | ~Canteen Date : 20021018 | $0.00 | $6.95 | $0.00 | $0.00 |
| 20021023 23:01 | PY - Payroll | 356623 | | SBCC | ~20021006 To 20021012 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20021025 22:30 | CN - Canteen | 363275 | | SBCC | ~Canteen Date : 20021025 | $0.00 | $7.02 | $0.00 | $0.00 |
| 20021031 12:51 | PY - Payroll | 382039 | | SBCC | ~20021013 To 20021019 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20021101 22:30 | CN - Canteen | 387757 | | SBCC | ~Canteen Date : 20021101 | $0.00 | $7.62 | $0.00 | $0.00 |
| 20021106 23:01 | PY - Payroll | 401186 | | SBCC | ~20021020 To 20021026 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20021108 22:30 | CN - Canteen | 407836 | | SBCC | ~Canteen Date : 20021108 | $0.00 | $7.76 | $0.00 | $0.00 |
| 20021113 23:01 | PY - Payroll | 422566 | | SBCC | ~20021027 To 20021102 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20021115 22:30 | CN - Canteen | 429378 | | SBCC | ~Canteen Date : 20021115 | $0.00 | $17.77 | $0.00 | $0.00 |
| 20021120 23:01 | PY - Payroll | 443790 | | SBCC | ~20021103 To 20021109 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20021122 22:30 | CN - Canteen | 451409 | | SBCC | ~Canteen Date : 20021122 | $0.00 | $8.39 | $0.00 | $0.00 |
| 20021127 23:01 | PY - Payroll | 466646 | | SBCC | ~20021110 To 20021116 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20021129 22:30 | CN - Canteen | 471513 | | SBCC | ~Canteen Date : 20021129 | $0.00 | $10.64 | $0.00 | $0.00 |
| 20021202 15:54 | EX - External Disbursement | 473831 | 14282 | SBCC | ~FOR DAUGHTER -VIRGINIA RAMOS | $0.00 | $60.00 | $0.00 | $0.00 |
| 20021204 23:00 | PY - Payroll | 484966 | | SBCC | ~20021117 To 20021123 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20021206 22:30 | CN - Canteen | 493441 | | SBCC | ~Canteen Date : 20021206 | $0.00 | $5.77 | $0.00 | $0.00 |
| 20021211 23:01 | PY - Payroll | 510008 | | SBCC | ~20021124 To 20021130 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20021213 13:25 | IS - Interest | 522031 | | SBCC | | $0.23 | $0.00 | $0.00 | $0.00 |
| 20021213 22:30 | CN - Canteen | 532757 | | SBCC | ~Canteen Date : 20021213 | $0.00 | $5.74 | $0.00 | $0.00 |
| 20021218 23:01 | PY - Payroll | 567397 | | SBCC | ~20021201 To 20021207 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20021226 12:58 | PY - Payroll | 594662 | | SBCC | ~20021208 To 20021214 | $18.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040420 13:48

| | | | | | Page : 2 |
|---|---|---|---|---|---|
| Commit# : | W63302 | | | SOUZA-BARANOWSKI CORRECTIONAL | |
| Name : | RODRIGUEZ, EDWIN, , | | | Statement From | 20020101 |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20040420 |
| Block : | L1 | | | | |
| Cell/Bed : | 52 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20021226 22:30 | CN - Canteen | 597612 | | SBCC | -Canteen Date : 20021226 | $0.00 | $4.98 | $0.00 | $0.00 |
| 20021227 22:30 | CN - Canteen | 601085 | | SBCC | -Canteen Date : 20021227 | $0.00 | $6.02 | $0.00 | $0.00 |
| 20021231 22:30 | CN - Canteen | 610142 | | SBCC | -Canteen Date : 20021231 | $0.00 | $4.98 | $0.00 | $0.00 |
| 20030101 23:01 | PY - Payroll | 616254 | | SBCC | -20021215 To 20021221 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030102 09:54 | IS - Interest | 622834 | | SBCC | | $0.32 | $0.00 | $0.00 | $0.00 |
| 20030102 14:56 | AJ - Adjustments | 634006 | | SBCC | -Canteen Date : 20021231 | $4.98 | $0.00 | $0.00 | $0.00 |
| 20030103 22:30 | CN - Canteen | 639019 | | SBCC | -Canteen Date : 20030103 | $0.00 | $7.37 | $0.00 | $0.00 |
| 20030108 23:04 | PY - Payroll | 654793 | | SBCC | -20021222 To 20021228 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030110 22:30 | CN - Canteen | 662253 | | SBCC | -Canteen Date : 20030110 | $0.00 | $12.66 | $0.00 | $0.00 |
| 20030115 08:51 | IS - Interest | 674791 | | SBCC | | $0.28 | $0.00 | $0.00 | $0.00 |
| 20030115 23:07 | PY - Payroll | 691632 | | SBCC | -20021229 To 20030104 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030117 22:30 | CN - Canteen | 700567 | | SBCC | -Canteen Date : 20030117 | $0.00 | $8.76 | $0.00 | $0.00 |
| 20030121 11:51 | EX - External Disbursement | 703683 | 15009 | SBCC | -FOR DAUGHTER--NYDIA IVELISSE RODRIGURZ | $0.00 | $40.00 | $0.00 | $0.00 |
| 20030122 23:03 | PY - Payroll | 715918 | | SBCC | -20030105 To 20030111 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030124 22:30 | CN - Canteen | 721511 | | SBCC | -Canteen Date : 20030124 | $0.00 | $19.40 | $0.00 | $0.00 |
| 20030129 23:03 | PY - Payroll | 736447 | | SBCC | -20030112 To 20030118 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030131 22:30 | CN - Canteen | 742667 | | SBCC | -Canteen Date : 20030131 | $0.00 | $22.30 | $0.00 | $0.00 |
| 20030205 23:05 | PY - Payroll | 758237 | | SBCC | -20030119 To 20030125 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030207 22:30 | CN - Canteen | 764179 | | SBCC | -Canteen Date : 20030207 | $0.00 | $19.38 | $0.00 | $0.00 |
| 20030211 08:48 | IS - Interest | 773416 | | SBCC | | $0.34 | $0.00 | $0.00 | $0.00 |
| 20030212 23:03 | PY - Payroll | 794996 | | SBCC | -20030126 To 20030201 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030214 08:25 | IC - Transfer from Inmate to Club A/c | 800911 | | SBCC | -POSTAGE-POSTAGE -Z11-POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20030214 08:25 | IC - Transfer from Inmate to Club A/c | 800917 | | SBCC | -POSTAGE-POSTAGE -Z11-POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20030214 22:30 | CN - Canteen | 802367 | | SBCC | -Canteen Date : 20030214 | $0.00 | $25.43 | $0.00 | $0.00 |
| 20030219 23:03 | PY - Payroll | 815410 | | SBCC | -20030202 To 20030208 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030221 22:30 | CN - Canteen | 821755 | | SBCC | -Canteen Date : 20030221 | $0.00 | $5.79 | $0.00 | $0.00 |
| 20030227 14:29 | PY - Payroll | 840315 | | SBCC | -20030209 To 20030215 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030228 22:30 | CN - Canteen | 844480 | | SBCC | -Canteen Date : 20030228 | $0.00 | $7.51 | $0.00 | $0.00 |
| 20030305 23:03 | PY - Payroll | 860260 | | SBCC | -20030216 To 20030222 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030307 22:30 | CN - Canteen | 866475 | | SBCC | -Canteen Date : 20030307 | $0.00 | $10.60 | $0.00 | $0.00 |
| 20030311 10:48 | EX - External Disbursement | 871188 | 15576 | SBCC | -Check for daughter-Virginia Ramos | $0.00 | $100.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20040420 13:48

Page: 3

| Commit# : | W63302 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Name : | RODRIGUEZ, EDWIN, . | | | Statement From | 20030101 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20040420 | | |
| Block : | L1 | | | | | | |
| Cell/Bed : | 52 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20030312 23:02 | PY - Payroll | 880122 | | SBCC | ~20030223 To 20030301 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030314 22:30 | CN - Canteen | 888624 | | SBCC | -Canteen Date : 20030314 | $0.00 | $6.91 | $0.00 | $0.00 |
| 20030318 07:45 | IS - Interest | 897375 | | SBCC | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20030319 23:02 | PY - Payroll | 918510 | | SBCC | ~20030302 To 20030308 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030321 22:30 | CN - Canteen | 926123 | | SBCC | -Canteen Date : 20030321 | $0.00 | $5.98 | $0.00 | $0.00 |
| 20030326 23:02 | PY - Payroll | 940644 | | SBCC | ~20030309 To 20030315 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030328 22:30 | CN - Canteen | 947855 | | SBCC | -Canteen Date : 20030328 | $0.00 | $24.65 | $0.00 | $0.00 |
| 20030402 23:03 | PY - Payroll | 961941 | | SBCC | ~20030316 To 20030322 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030404 22:30 | CN - Canteen | 969568 | | SBCC | -Canteen Date : 20030404 | $0.00 | $6.11 | $0.00 | $0.00 |
| 20030408 10:04 | IS - Interest | 979565 | | SBCC | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20030409 23:03 | PY - Payroll | 1001170 | | SBCC | ~20030323 To 20030329 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030411 22:30 | CN - Canteen | 1008258 | | SBCC | - Canteen Date : 20030411 | $0.00 | $15.58 | $0.00 | $0.00 |
| 20030416 23:02 | PY - Payroll | 1021850 | | SBCC | ~20030330 To 20030405 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030418 22:30 | CN - Canteen | 1029844 | | SBCC | -Canteen Date : 20030418 | $0.00 | $14.82 | $0.00 | $0.00 |
| 20030423 23:02 | PY - Payroll | 1042907 | | SBCC | ~20030406 To 20030412 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030425 22:30 | CN - Canteen | 1050784 | | SBCC | - Canteen Date : 20030425 | $0.00 | $7.59 | $0.00 | $0.00 |
| 20030428 08:49 | IC - Transfer from Inmate to Club A/c | 1051167 | | SBCC | -postage-POSTAGE - Z11- POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20030430 23:03 | PY - Payroll | 1066252 | | SBCC | ~20030413 To 20030419 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030502 22:30 | CN - Canteen | 1073367 | | SBCC | -Canteen Date : 20030502 | $0.00 | $27.06 | $0.00 | $0.00 |
| 20030507 23:02 | PY - Payroll | 1089432 | | SBCC | - 20030420 To 20030426 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030509 09:19 | IS - Interest | 1099879 | | SBCC | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20030509 22:30 | CN - Canteen | 1112994 | | SBCC | -Canteen Date : 20030509 | $0.00 | $9.82 | $0.00 | $0.00 |
| 20030514 23:02 | PY - Payroll | 1127493 | | SBCC | ~20030427 To 20030503 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030516 22:30 | CN - Canteen | 1135990 | | SBCC | - Canteen Date : 20030516 | $0.00 | $8.54 | $0.00 | $0.00 |
| 20030521 23:04 | PY - Payroll | 1151543 | | SBCC | ~20030504 To 20030510 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030523 22:30 | CN - Canteen | 1161912 | | SBCC | -Canteen Date : 20030527 | $0.00 | $12.04 | $0.00 | $0.00 |
| 20030528 23:04 | PY - Payroll | 1174242 | | SBCC | ~20030511 To 20030517 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030530 22:30 | CN - Canteen | 1181183 | | SBCC | -Canteen Date : 20030530 | $0.00 | $10.01 | $0.00 | $0.00 |
| 20030604 23:03 | PY - Payroll | 1200761 | | SBCC | ~20030518 To 20030524 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030606 22:30 | CN - Canteen | 1214309 | | SBCC | -Canteen Date : 20030606 | $0.00 | $7.90 | $0.00 | $0.00 |
| 20030609 09:47 | EX - External Disbursement | 1215771 | 16588 | SBCC | -FOR DAUGHTER-VIRGINIA RAMOS | $0.00 | $60.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20040420 13:48

Page: 4

| Commit# : | W63302 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | |
|---|---|---|---|---|---|---|---|
| Name : | RODRIGUEZ, EDWIN , | | | Statement From | 20020101 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20040420 | | |
| Block : | L1 | | | | | | |
| Cell/Bed : | 52 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20030610 16:22 | IS - Interest | 1228011 | | SBCC | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20030611 23:04 | PY - Payroll | 1252719 | | SBCC | ~20030525 To 20030531 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030613 22:30 | CN - Canteen | 1261091 | | SBCC | ~Canteen Date : 20030613 | $0.00 | $6.92 | $0.00 | $0.00 |
| 20030618 23:04 | PY - Payroll | 1282286 | | SBCC | ~20030601 To 20030607 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030620 22:30 | CN - Canteen | 1290234 | | SBCC | ~Canteen Date : 20030620 | $0.00 | $7.87 | $0.00 | $0.00 |
| 20030625 23:04 | PY - Payroll | 1310020 | | SBCC | ~20030608 To 20030614 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030627 22:30 | CN - Canteen | 1319355 | | SBCC | - Canteen Date : 20030627 | $0.00 | $21.14 | $0.00 | $0.00 |
| 20030703 09:57 | PY - Payroll | 1339216 | | SBCC | - 20030615 To 20030621 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030703 22:30 | CN - Canteen | 1345675 | | SBCC | ~Canteen Date : 20030703 | $0.00 | $20.25 | $0.00 | $0.00 |
| 20030709 16:11 | IS - Interest | 1361794 | | SBCC | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20030709 23:03 | PY - Payroll | 1380341 | | SBCC | ~20030622 To 20030628 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030711 22:30 | CN - Canteen | 1390295 | | SBCC | ~Canteen Date : 20030711 | $0.00 | $6.92 | $0.00 | $0.00 |
| 20030716 23:04 | PY - Payroll | 1410097 | | SBCC | ~20030629 To 20030705 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030718 22:30 | CN - Canteen | 1420320 | | SBCC | - Canteen Date : 20030718 | $0.00 | $11.20 | $0.00 | $0.00 |
| 20030723 23:04 | PY - Payroll | 1438946 | | SBCC | - 20030706 To 20030712 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030725 22:30 | CN - Canteen | 1448614 | | SBCC | ~Canteen Date : 20030725 | $0.00 | $14.67 | $0.00 | $0.00 |
| 20030730 23:04 | PY - Payroll | 1467036 | | SBCC | ~20030713 To 20030719 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030801 22:30 | CN - Canteen | 1476209 | | SBCC | ~Canteen Date : 20030801 | $0.00 | $11.09 | $0.00 | $0.00 |
| 20030806 23:02 | PY - Payroll | 1495105 | | SBCC | - 20030720 To 20030726 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030807 15:30 | IS - Interest | 1504560 | | SBCC | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20030808 22:30 | CN - Canteen | 1521193 | | SBCC | ~Canteen Date : 20030808 | $0.00 | $7.97 | $0.00 | $0.00 |
| 20030813 23:03 | PY - Payroll | 1540145 | | SBCC | ~20030727 To 20030802 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030815 22:30 | CN - Canteen | 1550157 | | SBCC | ~Canteen Date : 20030815 | $0.00 | $9.63 | $0.00 | $0.00 |
| 20030820 23:04 | PY - Payroll | 1568242 | | SBCC | - 20030803 To 20030809 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030822 22:30 | CN - Canteen | 1578951 | | SBCC | - Canteen Date : 20030822 | $0.00 | $8.78 | $0.00 | $0.00 |
| 20030827 09:09 | EX - External Disbursement | 1589216 | 17482 | SBCC | ~FOR DAUGHTER~VIRGINIA RAMOS | $0.00 | $60.00 | $0.00 | $0.00 |
| 20030827 23:04 | PY - Payroll | 1597136 | | SBCC | ~20030810 To 20030816 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030829 22:30 | CN - Canteen | 1606889 | | SBCC | ~Canteen Date : 20030829 | $0.00 | $7.78 | $0.00 | $0.00 |
| 20030903 23:02 | PY - Payroll | 1620821 | | SBCC | ~20030817 To 20030823 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030906 22:30 | CN - Canteen | 1631223 | | SBCC | ~Canteen Date : 20030906 | $0.00 | $7.57 | $0.00 | $0.00 |
| 20030910 07:53 | IS - Interest | 1647690 | | SBCC | | $0.13 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20040420 13:48

Page : 5

| Commit# : | W63302 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | |
| Name : | RODRIGUEZ, EDWIN, . | | | Statement From | 20020101 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20040420 | | |
| Block : | L1 | | | | | | |
| Cell/Bed : | 52 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20030910 23:04 | PY - Payroll | 1668056 | | SBCC | ~20030824 To 20030830 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030915 08:43 | CN - Canteen | 1678210 | | SBCC | ~Canteen Date : 20030912 | $0.00 | $2.95 | $0.00 | $0.00 |
| 20030917 23:05 | PY - Payroll | 1697604 | | SBCC | ~20030831 To 20030906 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030919 22:30 | CN - Canteen | 1708058 | | SBCC | ~Canteen Date : 20030919 | $0.00 | $6.84 | $0.00 | $0.00 |
| 20030924 23:05 | PY - Payroll | 1726442 | | SBCC | ~20030907 To 20030913 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20030926 22:30 | CN - Canteen | 1736797 | | SBCC | ~Canteen Date : 20030926 | $0.00 | $13.82 | $0.00 | $0.00 |
| 20030930 11:29 | IC - Transfer from Inmate to Club A/c | 1742729 | | SBCC | ~SX,NKX~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $37.76 | $0.00 | $0.00 |
| 20031001 23:04 | PY - Payroll | 1754980 | | SBCC | ~20030914 To 20030920 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20031003 22:30 | CN - Canteen | 1765247 | | SBCC | ~Canteen Date : 20031003 | $0.00 | $10.05 | $0.00 | $0.00 |
| 20031008 16:57 | IS - Interest | 1783056 | | SBCC | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20031008 23:06 | PY - Payroll | 1799932 | | SBCC | ~20030921 To 20030927 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20031010 22:30 | CN - Canteen | 1810975 | | SBCC | ~Canteen Date : 20031010 | $0.00 | $12.43 | $0.00 | $0.00 |
| 20031015 23:05 | PY - Payroll | 1827785 | | SBCC | ~20030928 To 20031004 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20031017 22:30 | CN - Canteen | 1838301 | | SBCC | ~Canteen Date : 20031017 | $0.00 | $10.54 | $0.00 | $0.00 |
| 20031022 23:05 | PY - Payroll | 1856322 | | SBCC | ~20031005 To 20031011 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20031024 22:30 | CN - Canteen | 1867484 | | SBCC | ~Canteen Date : 20031024 | $0.00 | $11.43 | $0.00 | $0.00 |
| 20031029 23:04 | PY - Payroll | 1884757 | | SBCC | ~20031012 To 20031018 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20031105 23:04 | PY - Payroll | 1913010 | | SBCC | ~20031019 To 20031025 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20031107 16:26 | IS - Interest | 1928086 | | SBCC | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20031112 23:04 | PY - Payroll | 1956829 | | SBCC | ~20031026 To 20031101 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20031114 22:30 | CN - Canteen | 1968855 | | SBCC | ~Canteen Date : 20031114 | $0.00 | $16.51 | $0.00 | $0.00 |
| 20031119 23:04 | PY - Payroll | 1986158 | | SBCC | ~20031102 To 20031108 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20031121 22:30 | CN - Canteen | 1998526 | | SBCC | ~Canteen Date : 20031121 | $0.00 | $18.92 | $0.00 | $0.00 |
| 20031126 22:30 | CN - Canteen | 2015788 | | SBCC | ~Canteen Date : 20031126 | $0.00 | $7.50 | $0.00 | $0.00 |
| 20031126 23:05 | PY - Payroll | 2019285 | | SBCC | ~20031109 To 20031115 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20031203 23:04 | PY - Payroll | 2041866 | | SBCC | ~20031116 To 20031122 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20031205 22:30 | CN - Canteen | 2053680 | | SBCC | ~Canteen Date : 20031205 | $0.00 | $7.47 | $0.00 | $0.00 |
| 20031209 13:39 | IS - Interest | 2064248 | | SBCC | | $0.17 | $0.00 | $0.00 | $0.00 |
| 20031210 23:05 | PY - Payroll | 2087167 | | SBCC | ~20031123 To 20031129 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20031212 22:30 | CN - Canteen | 2098942 | | SBCC | ~Canteen Date : 20031212 | $0.00 | $23.16 | $0.00 | $0.00 |
| 20031217 23:04 | PY - Payroll | 2118518 | | SBCC | ~20031130 To 20031206 | $18.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040420 13:48

Page : 6

| Commit# : | W63302 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | |
|---|---|---|---|---|---|---|---|
| Name : | RODRIGUEZ, EDWIN, , | | | Statement From | 20020101 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20040420 | | |
| Block : | L1 | | | | | | |
| Cell/Bed : | 52 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20031224 22:30 | CN - Canteen | 2149848 | | SBCC | -Canteen Date : 20031224 | $0.00 | $19.78 | $0.00 | $0.00 |
| 20031224 23:04 | PY - Payroll | 2155918 | | SBCC | ~20031207 To 20031213 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20031231 23:05 | PY - Payroll | 2181523 | | SBCC | ~20031214 To 20031220 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040106 14:04 | EX - External Disbursement | 2197810 | 19152 | SBCC | -DAUGHTER -MARANGELY RODRIGUEZ | $0.00 | $100.00 | $0.00 | $0.00 |
| 20040107 23:06 | PY - Payroll | 2209375 | | SBCC | ~20031221 To 20031227 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040113 12:04 | IS - Interest | 2231709 | | SBCC | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20040114 23:05 | PY - Payroll | 2254007 | | SBCC | ~20031228 To 20040103 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040116 22:30 | CN - Canteen | 2265481 | | SBCC | -Canteen Date : 20040116 | $0.00 | $19.41 | $0.00 | $0.00 |
| 20040121 23:08 | PY - Payroll | 2281373 | | SBCC | ~20040104 To 20040110 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040128 23:06 | PY - Payroll | 2310321 | | SBCC | ~20040111 To 20040117 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040204 23:06 | PY - Payroll | 2338217 | | SBCC | ~20040118 To 20040124 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040210 11:38 | IS - Interest | 2361270 | | SBCC | | $0.16 | $0.00 | $0.00 | $0.00 |
| 20040211 23:07 | PY - Payroll | 2383226 | | SBCC | ~20040125 To 20040131 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040213 22:30 | CN - Canteen | 2394751 | | SBCC | -Canteen Date : 20040213 | $0.00 | $23.68 | $0.00 | $0.00 |
| 20040218 23:05 | PY - Payroll | 2410949 | | SBCC | ~20040201 To 20040207 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2440322 | | SBCC | ~20040208 To 20040214 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2469752 | | SBCC | ~20040215 To 20040221 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040305 11:15 | EX - External Disbursement | 2479808 | 20010 | SBCC | -FOR DAUGHTER -VIRGINIA RAMOS | $0.00 | $75.00 | $0.00 | $0.00 |
| 20040305 22:30 | CN - Canteen | 2481363 | | SBCC | -Canteen Date : 20040305 | $0.00 | $27.21 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2492657 | | SBCC | | $0.20 | $0.00 | $0.00 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2515164 | | SBCC | ~20040222 To 20040228 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2544319 | | SBCC | ~20040229 To 20040306 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040319 22:30 | CN - Canteen | 2555142 | | SBCC | -Canteen Date : 20040319 | $0.00 | $19.05 | $0.00 | $0.00 |
| 20040324 23:01 | PY - Payroll | 2573519 | | SBCC | ~20040307 To 20040313 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040331 23:01 | PY - Payroll | 2601571 | | SBCC | ~20040314 To 20040320 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040405 09:34 | CN - Canteen | 2614040 | | SBCC | -Canteen Date : 20040402 | $0.00 | $18.61 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2631289 | | SBCC | ~20040321 To 20040327 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20040409 22:30 | CN - Canteen | 2643020 | | SBCC | -Canteen Date : 20040409 | $0.00 | $26.71 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2653226 | | SBCC | | $0.18 | $0.00 | $0.00 | $0.00 |
| 20040414 23:01 | PY - Payroll | 2676071 | | SBCC | ~20040328 To 20040403 | $18.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20040420 13:48

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Commit# : | W63302 | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | Page : 7 |
| Name : | RODRIGUEZ, EDWIN, . | | | | Statement From | 20020101 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | To | 20040420 | | |
| Block : | U1 | | | | | | | |
| Cell/Bed : | 52 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $1,533.30 | $1,388.06 | $0.00 | $0.00 |

|   |   |   |
|---|---|---|
| Balance as of ending date : | Personal $145.24 | Savings $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $145.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |