United States District Court
  District of Massachusetts
c/o Clerk's Office
1 Courthouse Way  Suite 2300
Boston, MA  02210         May 17, 2004


RE:  Filing Fee


Dear Clerk:

    Enclosed, please find my receipt verifying that I did in fact pay the required $5.00 filing fee and that the DENIAL to proceed informa pauperis was in error.

    At your earliest convenience, would you please amend and correct this situation so that the case can advance.

    Thank you for your time and attention in this important matter.

                             Truly yours,

                             *Edwin Rodriguez*
                             Edwin Rodriguez, Pro se
                             c/o S.B.C.C.  PO Box 8000
                             Shirley, MA  01464


cc:file
   ENCL


DOCKETED

Souza-Baranowski Correctional Center Charge Slip

Date: 4-21-04

Inmate Number: W63302

Inmate Name: Edwin Rodriguez

Amount to be charged: $ 5.00

Payable To: United States District Court
District of Massachusetts
1 Courthouse Way Suite 2300
Boston, MA 02210

For: Court Fee

Inmate Signature: Edwin Rodriguez    Block: C/52

Approval: C. Auschman

**IF SLIP IS $75.00 OR OVER IT MUST BE COUNTERSIGNED BELOW. Articles to be purchased MUST be listed on BACK.**

Approval: IPS     PAID

Check #: 20657    APR 22 2004    Date:

SB-127