UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Edwin Rodriguez

          Petitioner,

    v.

Commonwealth.

          Respondent.

CIVIL ACTION

NO.   04-10861-GAO

O R D E R

On April 29, 2004, petitioner Edwin Rodriguez, filed a petition for a writ of habeas corpus under Section 2254 and an application to proceed without prepayment of fees. On May 6, 2004, this Court denied petitioner's application to proceed without prepayment of fees and directed petitioner to submit the $5 filing fee within 42 days. On May 19, 2004, petitioner submitted a letter stating that he believes that he has already paid the fee, accompanied by a charge slip from the institution at which he is incarcerated. Petitioner did not submit a copy of a receipt showing payment to the Court. Court records do not reflect payment by petitioner of the $5 filing fee.

ACCORDINGLY, it is hereby ordered that petitioner is granted an additional 42 days from the date of this order to pay the $5 filing fee or this action will be dismissed.

SO ORDERED.

 8/12/04                                     s/ George A. O'Toole, Jr.
Date                                       United States District Judge

(2241servINS.wpd - 09/00)                                                       [2241serv.]