UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN RODRIGUEZ,<br>   Petitioner,<br><br>v.<br><br>COMMONWEALTH,<br>   Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION
NO. 04-10861-GAO

**RESPONDENT'S MOTION TO DISMISS WITH PREJUDICE**
**PETITION FOR WRIT OF HABEAS CORPUS**

The respondent, the Commonwealth of Massachusetts, hereby moves this Honorable Court to dismiss with prejudice the Petition for Writ of Habeas Corpus filed by the petitioner, Edwin Rodriguez. As grounds, the respondent states that the petition is time barred pursuant to 28 U.S.C. § 2244(d)(1). The respondent relies upon the accompanying memorandum of law in support of his motion.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

/s/ Daniel I. Smulow
Daniel I. Smulow, BBO # 641668
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2949

Date: December 2, 2004

2

**Certificate of Compliance with Local Rule 7.1(A)(2)**

I am unable to consult with the petitioner because he is presently incarcerated; however, in light of the relief sought by this motion, it is my belief that he would not assent to it.

/s/ Daniel I. Smulow

**Certificate of Service**

I hereby certify that a true copy of the above document was served on Edwin Rodriguez, W-63302, M.C.I. - Shirley, P.O. Box 8000, Shirley, MA 01464, by first class mail, postage prepaid, on December 2, 2004.

/s/ Daniel I. Smulow