UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN RODRIGUEZ,<br>Petitioner,<br><br>v.<br><br>COMMONWEALTH,<br>Respondent. | CIVIL ACTION<br>NO. 04-10861-GAO |

## RESPONDENT'S SUPPLEMENTAL APPENDIX TO MOTION TO DISMISS HABEAS CORPUS PETITION

The respondent files the following documents as his supplemental appendix to his Motion to Dismiss Petition for Writ of Habeas Corpus:

1. Docket Sheets, *Commonwealth v. Edwin Rodriguez*, 9577 CR 638;

2. Docket Sheets, *Commonwealth v. Edwin Rodriguez*, 9577 CR 639; and

3. Docket Sheets, *Commonwealth v. Edwin Rodriguez*, No. SJ-2003-0217.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Daniel I. Smulow, BBO 641668
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2949

Dated: December 2, 2004

2

## Certificate of Service

I hereby certify that a true copy of the above document was served on Edwin Rodriguez, W-63302, M.C.I. - Shirley, P.O. Box 8000, Shirley, MA 01464, by first class mail, postage prepaid, on December 2, 2004.

Daniel I. Smulow