```
United States District Court
   District of Massachusetts
c/o Clerk's Office
One Courthouse Way
Boston, MA 02210              December 12, 2004


RE:   C.A. 04-10861-GAO
      Rodriguez v. Commonwealth


Dear Clerk:

    Enclosed, please find the following document:

    - Petitioner's Motion For Enlargement of Time

    - Certificate of Service

    Please docket and file this document at your earliest
convenience and thank you for your time and attention in
this matter.

                              Respectfully,


                              Edwin Rodriguez, Pro se
                              c/o S.B.C.C. PO Box 8000
                              Shirley, MA  01464




cc:File
   U.S. Dist. Court
   Asst. Atty. General
```

or no English.

other "legal" supplies is restricted by SBCC revised library regulations and are available to petitioner only when the Librarian is on-site during petitioner's Wednesday afternoon scheduled library time.

6) Petitioner also claims that **"all"** legal photocopies of brief, attorney letters, etc., are now conducted outside the presence of the petitioner, which has a "chilling" effect on petitioner's right to attorney-client confidentiality and access to the Court.

7) Petitioner further claims that there is no guarantee that the inmate assigned to copy other inmate's "legal" papers will not read, copy, or forward said legal papers to a non litigant or to a Department of Correction official without the petitioner's knowledge.

8) Petitioner's requested ENLARGEMENT OF TIME will in no way prejudice respondent by the Court's GRANTING of this motion. WHEREFORE, the petitioner moves this Honorable Court to GRANT his requested "Enlargement of Time" up to and including the 31st day of **JANUARY, 2005** to allow for sufficient time for the petitioner to properly respond to respondent's Motion to Dismiss.

Respectfully submitted,

Dated: 12-12-2004

Edwin Rodriguez, Pro se
c/o S.B.C.C.  PO Box 8000
Shirley, MA  01464

2

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served on: Daniel I. Smulow, Assistant Attorney General Criminal Bureau, One Ashburton Place, Boston, MA 02108 by mailing same via first class U.S. mail, postage pre-paid on December 12, 2004.

*Edwin Rodriguez*
Edwin Rodriguez, Pro se