UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWIN RODRIGUEZ
        Petitioner

v.                              CIVIL ACTION NO. 04-10861-GAO

COMMONWEALTH OF MASSACHUSETTS
        Respondent

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The respondent filed a motion to dismiss on December 2, 2004, arguing that the petition is time-barred. The petitioner sought and received additional time to respond to the motion to dismiss, but has not filed a response. Accordingly, the unopposed motion is GRANTED, and the petition shall be dismissed as time-barred.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 7/29/05                            By   PAUL S. LYNESS
                                                                  Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)