UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN RODRIGUEZ, Pro se,<br>    Petitioner, | CIVIL ACTION<br>No. 04-10861-GAO |
| v. | |
| COMMONWEALTH,<br>    Respondent. | |

### MOTION FOR RECONSIDERATION OF DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS

The Petitioner, Edwin Rodriguez, a Pro se prisoner, hereby moves this Honorable Court pursuant to Fed.R.Civ.P. 60(b), where petitioner has filed this motion beyond the ten (10) day limit set by Fed.R.Civ.P. 59, to **reconsider** the judgment of **dismissal** of previously requested habeas relief.

As grounds, the petitioner states that the Court dismissed the original petition as being **time barred** pursuant to 28 U.S.C. § 2244(d)(1) based on the time limits and calculations submitted to this Court by the respondent.

Furthermore, the petitioner relies upon the accompanying memorandum of law and exhibits attached thereto in support of this instant motion to reconsider.

Respectfully submitted,

Date: Jan / 25th, 2006

/s/ Edwin Rodriguez, Pro se
W63302 c/o S.B.C.C.
PO Box 8000
Shirley, MA  01464