United States District Court
c/o Clerk's Office
1 Courthouse Way - Suite 2300
Boston, MA  02210

May 7, 2006

FILED
IN CLERKS OFFICE

2006 MAY 10  P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

RE:     Edwin Rodriguez v. Commowealth
        C.A. 04-10861-GAO

        Motion For Reconsideration of
        Dismissal of Petition for Writ
        of Habeas Corpus

Dear Clerk:

   At your earliest convenience, would you please give me the current status of the above-entitled action presently filed with this Honorable Court.

   Thank you for your time and attention in this important matter, and please know that I look forward to a timely reply.

                                Respectfully,

                                *Edwin Rodriguez*     Pro se
                                /s/ Edwin Rodriguez, Pro se
                                c/o S.B.C.C.
                                PO Box 8000
                                Shirley, MA  01464

cc:File